```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/22/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
TONI PULVER, individually and on behalf of all
others similarly-situated,

                              Plaintiff,

         -against-

CAFUA MANAGEMENT COMPANY L.L.C.
d/b/a DUNKIN'DONUTS, CAFUA & LEAL
MANAGEMENT COMPANY, LLC d/b/a
DUNKIN' DONUTS, AND FIFTH DONUTS, LLC
d/b/a DUNKIN' DONUTS,

                              Defendants.

Civ. No.: 15-CV-08022

-------------------------------------------------------------------x

### STIPULATION DISMISSING DEFENDANT CAFUA & LEAL MANAGEMENT COMPANY, LLC WITHOUT PREJUDICE AND EXTENDING DEFENDANTS CAFUA MANAGEMENT COMPANY L.L.C. AND FIFTH DONUTS, LLC'S TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

      It hereby is STIPULATED AND AGREED, by and between Plaintiff and Defendants, through their undersigned attorneys, who are authorized to enter into this Stipulation, that any obligation on the part of Defendants CAFUA MANAGEMENT COMPANY L.L.C. and FIFTH DONUTS, LLC ("Answering Defendants") to answer, move, or otherwise respond to the Complaint in this matter is extended to and including March 4, 2016;

      It is FURTHER STIPULATED AND AGREED, by and between Plaintiff and Defendants, through their undersigned attorneys, who are authorized to enter this Stipulation, that Plaintiff's claims against Defendant CAFUA & LEAL MANAGEMENT COMPANY, LLC are dismissed, without prejudice;

It is FURTHER STIPULATED AND AGREED, by and between Plaintiff and Answering Defendants, through their undersigned attorneys, who are authorized to enter this Stipulation, that no previous requests for extension of this deadline have been made;

It is FURTHER STIPULATED AND AGREED, by and between Plaintiff and Answering Defendants, through their undersigned attorneys, who are authorized to enter this Stipulation, that Answering Defendants hereby waive any defenses based on personal jurisdiction or alleged defects in service of process, without prejudice to Answering Defendants' position that either Answering Defendant is not a proper party to the instant action.

| | |
|---|---|
| HEPWORTH, GERSHBAUM & ROTH, PLLC<br>*ATTORNEYS FOR PLAINTIFF*<br>192 Lexington Ave., Ste. 802<br>New York, New York 10016<br>(212) 545-1199<br><br>By: _____<br>REBECCA S. PREDOVAN, ESQ.<br><br>Dated: 2/18/2016 | JACKSON LEWIS P.C.<br>*ATTORNEYS FOR DEFENDANTS*<br>58 South Service Rd., Ste. 250<br>Melville, New York 11747<br>(631) 247-0404<br><br>By: _____<br>NOEL P. TRIPP, ESQ.<br><br>Dated: 2/18/16 |

SO ORDERED on this 22 day of February, 2016

_____
United States District Judge

4825-1308-7534, v. 1